UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK and RISE GLAZE, individually and as guardians ad litem to JERRUD GLAZE,<br><br>Plaintiffs,<br><br>v.<br><br>FOODMAKER INC. d/b/a Jack-In-The-Box Restaurants, et al.,<br><br>Defendants. | C93-1825 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The motion brought by Jerrud Collins to change the payee of an annuity contract with Symetra Life Insurance Company, docket no. 155, is DEFERRED and RENOTED to July 24, 2020.  Counsel for Jerrud Collins has asked for thirty (30) days to subpoena a copy of the annuity contract at issue from Symetra Life Insurance Company.  His request is granted.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1